IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LESLIE FRANCE, ) | |
| ) | |
| Petitioner, ) | |
| ) | CIVIL ACTON 16-0301-CG-M |
| vs. ) | CRIMINAL NO. 09-00077-CG-M |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

It is **ORDERED** that Petitioner's Motion to Vacate (Doc. 102) be **DENIED** and that this action be **DISMISSED**.  It is further **ORDERED** that any certificate of appealability filed by Petitioner be **DENIED** as he is not entitled to appeal in forma pauperis.

**DONE and ORDERED** this 26th day of September, 2016.

/s/  Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE