IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **LESLIE FRANCE,** ) | |
| ) | |
| Petitioner, ) | |
| ) | CIVIL ACTON 16-0301-CG-M |
| vs. ) | CRIMINAL NO. 09-00077-CG-M |
| ) | |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Respondent. ) | |

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED**, **ADJUDGED**, and **DECREED** that **JUDGMENT** be and is hereby entered in favor of Respondent, the United States of America, and against Petitioner Leslie France.

**DONE and ORDERED** this 26th day of September, 2016.

/s/  Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE